UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

EAGLE HIGHLAND OWNERS ASSN
*d/b/a* EAGLE HIGHLANDS                    Case No. 3:23-cv-19
OWNERS ASSOCIATION,

     Plaintiff,

vs.

STATE FARM FIRE AND CASUALTY          District Judge Michael J. Newman
COMPANY,                              Magistrate Judge Caroline H. Gentry

     Defendant.

---

### ORDER CONDITIONALLY DISMISSING THIS CASE WITH PREJUDICE

---

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED WITH PREJUDICE**, provided that either party may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

February 19, 2025                          s/*Michael J. Newman*
                                          Hon. Michael J. Newman
                                          United States District Judge